IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LINDA CANNON-CONNOR, ELLEN CONNORS-DOUGLAS, GAIL ANN DEAL, TONY HOWARD, MARCUS F. JOHNSON, RENEE M. MAYFIELD, YOLANDA A. STERLING and WILLIE STRINGER,<br><br>    Plaintiffs,<br><br>vs.<br><br>CITY OF EAST ST. LOUIS, ILLINOIS,<br><br>    Defendant. | Case No.:   05-422-DRH |

## **ORDER**

On this 16th day of May, 2006, this Court hereby grants the parties Joint Motion to Amend Scheduling Order and Presumptive Trial Month.  Discovery in this case will close on June 16, 2006; dispositive motions will be due on July 11, 2006; and the presumptive trial month is changed to February 2007.


                                                So Ordered:

Dated: May 16, 2006                        /s/   David   RHerndon, Judge