**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

**LINDA CANNON-CONNOR et al.,**

**Plaintiffs,**

**v.**

**THE CITY OF EAST ST. LOUIS, ILLINOIS,**

**Defendant.**                                                   **No. 05-CV-0422-DRH**

<u>**ORDER**</u>

**HERNDON, District Judge:**

   Now before the Court is Defendant's motion for leave to file excess pages (Doc. 33).  Specifically, Defendant moves the Court to allow it leave to file 45 page briefs (one for each Plaintiff) in support of its motions for summary judgment.  Said motion is **GRANTED in part**.   The Court finds 45 page briefs to be excessive and not necessary to address the issues at hand.  Thus, the Court **ALLOWS** Defendant to file 30 page briefs (one for each Plaintiff) in support of its motions for summary judgment and **ALLOWS** Plaintiffs to file 30 page briefs in response to the motions for summary judgment.  The briefs shall be no smaller that 12 point font.

   **IT IS SO ORDERED.**

   Signed this 6th day of July, 2006.


       /s/   David  RHerndon
       **United States District Judge**