IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**LINDA CANNON-CONNOR, et al.,**

**Plaintiffs,**

   vs.

**CITY OF EAST ST. LOUIS, ILLINOIS,**

**Defendant.**      **No. 05-CV-422-DRH**

## ORDER

**HERNDON, District Judge:**

  Before the Court are Defendant City of East St. Louis, Illinois's ("Defendant") motions to for leave to file amended exhibits. (Docs. 79, 80.) Defendant indicates that Plaintiffs do not oppose these motions. (*Id.*) Accordingly, the Court **GRANTS** Defendant's motions and **ALLOWS** Defendant leave to amend its exhibits as discussed in its motions. (Docs. 79, 80.)

  **IT IS SO ORDERED**.

  Signed this 8th day of August, 2006.

            /s/  David  RHerndon
            **United States District Judge**