IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**LINDA CANNON-CONNOR, et al.,**

**Plaintiffs,**

   **vs.**

**CITY OF EAST ST. LOUIS, ILLINOIS,**

**Defendant.**                                                                          **No. 05-CV-422-DRH**

### ORDER

**HERNDON, District Judge:**

  Before the Court is Plaintiffs' request for leave to file consolidated memorandum in opposition to Defendant's motion for summary judgment and to exceed previously stated page limits. (Doc. 86.) Specifically, Plaintiffs request that the Court allow them leave to file a consolidated response, not to exceed eighty pages, to the eight individual summary judgment motions filed by Defendant. Plaintiffs indicate that Defendant does not oppose this motion. (Doc. 86.) Accordingly, the Court **GRANTS** Plaintiffs' motion.

  **IT IS SO ORDERED**.

  Signed this 24th day of August, 2006.

                 /s/   David  RHerndon
                **United States District Judge**