IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **Linda Cannon-Connor, et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| vs. | ) | **No. 05-422 DRH** |
| | ) | |
| **City of East St. Louis, Illinois,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

**HERNDON, District Judge:**

       This matter is before the court on Plaintiffs' Motion for Extension of Time in Which to File Responses to Summary Judgment Motions. Defendant does not oppose this motion. For good cause shown, plaintiffs' motion is **GRANTED** and it is hereby ordered that plaintiffs have up to and including September 18, 2006 to file their responses to Defendant's Motions for Summary Judgment.

       IT IS SO ORDERED.

       Signed this 7th day of September, 2006.


       /s/     David   RHerndon
       **United States District Judge**