**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| **Linda Cannon-Connor, et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **vs.** | ) | **No. 05-422 DRH** |
| | ) | |
| **City of East St. Louis, Illinois,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## <u>ORDER</u>

**HERNDON, District Judge:**

Before the Court is a Joint Motion for an Extension of Time for Plaintiffs to File Response to Summary Judgment. (Doc. 91.) For good cause shown, the joint motion (Doc. 91) is **GRANTED** and it is hereby ordered that Plaintiffs have up to and including November 15, 2006 to file their responses to Defendant's Motions for Summary Judgment.

IT IS SO ORDERED.

Signed this 18th day of September, 2006.

<u>/s/   David  RHerndon</u>
**United States District Judge**