**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

**LINDA CANNON-CONNOR et al.,**

**Plaintiffs,**

**v.**

**THE CITY OF EAST ST. LOUIS, ILLINOIS,**

**Defendant.**                                      **No. 05-CV-0422-DRH**

**ORDER**

**HERNDON, District Judge:**

   Pending before the Court is Plaintiff's motion for extension of time to file response to Defendant's motions for summary judgment (Doc. 93).  Said motion is **GRANTED**.  The Court **ALLOWS** Plaintiffs up to and including November 21, 2006 to respond to the summary judgment motions.

   **IT IS SO ORDERED.**

   Signed this 15th day of November, 2006.


          /s/  David   RHerndon
          **United States District Judge**