IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Linda Cannon-Connor, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | No. 05-422 DRH |
| ) | |
| City of East St. Louis, Illinois, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter is before the court on the parties' Joint Motion for Extension of Time for Plaintiffs to File Response to Summary Judgment. For good cause shown, the motion is GRANTED and it is hereby ordered that plaintiffs have up to and including December 5, 2006 to file their responses to Defendant's Motions for Summary Judgment.

November 27, 2006  /s/     David   RHerndon
Dated  United States District Judge