IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**LINDA CANNON-CONNOR et al.,**

**Plaintiffs,**

v.

**THE CITY OF EAST ST. LOUIS, ILLINOIS,**

**Defendant.**                                           No. 05-CV-0422-DRH

## ORDER

**HERNDON, District Judge:**

On December 28, 2006, Plaintiffs filed a stipulation for dismissal with prejudice (Doc. 98). Based on the stipulation, the Court **DISMISSES with prejudice** this cause of action. Further, the Court **DIRECTS** the Clerk of the Court to enter judgment reflecting the same.

**IT IS SO ORDERED.**

Signed this 29th day of December, 2006.

/s/     David   RHerndon
**United States District Judge**