IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**LINDA CANNON-CONNOR,
ELLEN CONNORS-DOUGLAS, GAIL
ANN DEAL, TONY HOWARD,
MARCUS F. JOHNSON, RENEE M.
MAYFIELD, YOLANDA A. STERLING
and WILLIE STRINGER,**

   **Plaintiffs,**

  vs.            Cause No.05-CV-422 DRH

**CITY OF EAST ST. LOUIS, ILLINOIS,**

   **Defendant**.

## JUDGMENT IN A CIVIL CASE

The Court having received a Stipulation for Dismissal signed by counsel of record advising this Court that the above action has been settled; and/or having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED with prejudice** with each party to bear its own costs and attorneys' fees.-----------------------------------------------------------

                  **NORBERT G. JAWORSKI, CLERK**

December 29, 2006        By: s/Patricia Brown
                    Deputy Clerk

APPROVED:/s/  David   RHerndon
    **U.S. DISTRICT JUDGE**